UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SRIKANTH SREEDHAR,

               Plaintiff,

      -against-

UNITED STATES GOVERNMENT,

               Defendant.

24-CV-7440 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Plaintiff filed this action *pro se*. Since the filing of this action, Plaintiff has attempted to communicate with the undersigned by email, recently sending six to seven emails per day. Plaintiff has received email notification that he must communicate with the court by submitting submissions to the court's Pro Se Intake Unit, as required under the court's Standing Order, "In the Matter of Pro Se Litigation," which provides that "all pro se litigants shall file their papers with the Pro Se Office of this Court." M10-468 (Oct. 31, 1996). Furthermore, the undersigned's Individual Practices state that:

> Pro se parties are directed to submit all filings and communications addressed to Judge Swain, ***whether related to a case pending before the Court, or to a matter the party wishes to direct to Judge Swain in her capacity as Chief Judge***, through the Court's Pro Se Intake Unit. Information about the Court's Pro Se Intake Unit and how to submit filings to that Unit is available on the Court's website, at https://www.nysd.uscourts.gov/prose. Submissions emailed, mailed, or faxed directly to Judge Swain's chambers by pro se parties may be disregarded.

*See* Individual Practices of Chief Judge Laura Taylor Swain (emphasis in original).

    Accordingly, the Court directs Plaintiff to cease further attempts to contact the undersigned's chambers by email or any other means than by filing documents with the Pro Se Intake Unit.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   January 28, 2025
         New York, New York

                                                        /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                            Chief United States District Judge