UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SRIKANTH SREEDHAR,<br><br>                        Plaintiff,<br><br>        -against-<br><br>UNITED STATES GOVT,<br><br>                        Defendant. | 24-CV-7440 (LTS)<br><br>ORDER |

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated January 31, 2025, the Court dismissed this action, with 30 days' leave to file an amended complaint. On the same day, the Clerk's Office docketed Plaintiff's motion, which was received by the Court on January 30, 2025. In his motion, Plaintiff appears to ask the Court to accept for filing a submission that the Clerk's Office could not upload to the CM/ECF system. The Court denies Plaintiff's motion. (ECF 10.) Assuming the Clerk's Office rejected one of Plaintiff's emailed submissions because it did not comply with the system's requirements, the Court reminds Plaintiff that he must comply with the CM/ECF system's requirements, outlined on the court's website [here](here).

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   January 31, 2025
           New York, New York

                                                        /s/ Laura Taylor Swain
                                                          LAURA TAYLOR SWAIN
                                               Chief United States District Judge