UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SRIKANTH SREEDHAR,<br><br>       Plaintiff,<br><br>  -against-<br><br>US GOVT.,<br><br>       Defendant. | 24 CIVIL 7440 (LTS)<br><br>**CIVIL JUDGMENT** |

  For the reasons stated in the March 4, 2025, order, this action is dismissed.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: March 6, 2025
     New York, New York

                   /s/ Laura Taylor Swain
                   LAURA TAYLOR SWAIN
                 Chief United States District Judge